NUMBER
13-11-00444-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

WILLIAM LOTIN PARKER,
                                                         Appellant,

 

                                                             v.

 

THE STATE OF TEXAS,                                                                Appellee.

____________________________________________________________

 

                          On
Appeal from the 278th District Court 

                                        of
Walker County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                           Before
Justices Benavides, Vela, and Perkes

Memorandum Opinion
Per Curiam

 

Appellant,
William Lotin Parker, filed a notice of appeal challenging his conviction.  By
order signed July 8, 2011, the trial court granted appellant's motion for new
trial.








When
the trial court grants a motion for new trial, it restores the case to its
position before the former trial.  See Tex.
R. App. P. 21.9(b).  Because there is no conviction to be appealed, we
have no jurisdiction to consider this appeal.  See Waller v. State, 931
S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

The
Court, having examined and fully considered the documents on file and the trial
court's order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction.  See id.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

 

PER
CURIAM

Do not
publish.  Tex. R. App. P.
47.2(b).

Delivered and filed the

25th day of August, 2011.